LAW OFFICES OF BILL LATOUR
JESSICA WARNER [CSBN: 257274]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 954-2380
   Facsimile: (909) 796-3402
   E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| STEPHANIE M. NAVA.,<br><br>   Plaintiff,<br><br>   v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>   Defendant. | No: 5:23-cv-00206-E<br><br><u>ORDER AWARDING EAJA FEES</u> |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA attorney fees are awarded in the amount of SIX THOUSAND FOUR HUNDRED AND ELEVEN DOLLARS AND 79/100 ($6,411.79) and zero costs ($0.00), subject to the terms of the stipulation.

DATE: 8/11/2023     _____

                                HON. CHARLES F. EICK
                                UNITED STATES MAGISTRATE JUDGE